EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Integración de las Salas de Despacho | 2025 TSPR 12<br><br>215 DPR ___ |

Número del Caso: ES-2025-0001

Fecha: 14 de febrero de 2025

Materia: Integración de las Salas de Despacho.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

*In re:* Integración de las Salas     ES-2025-01
de Despacho


RESOLUCIÓN


En San Juan, Puerto Rico, a 14 de febrero de 2025.

Según lo dispuesto en la Regla 4(b) del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXI-B, se constituyen las siguientes Salas de Despacho:

*Primera Sala de Despacho*:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Ángel Colón Pérez

*Segunda Sala de Despacho:*

Hon. Rafael L. Martínez Torres, Presidente
Hon. Roberto Feliberti Cintrón
Hon. Camille Rivera Pérez

*Tercera Sala de Despacho:*

Hon. Mildred G. Pabón Charneco, Presidenta
Hon. Luis F. Estrella Martínez
Hon. Raúl A. Candelario López

Cuando un miembro de la Sala no pueda intervenir en la decisión de algún asunto, se seguirá el procedimiento que establece la Regla 4 del Reglamento del Tribunal Supremo. El funcionamiento de estas Salas de Despacho continuará durante cada término de sesiones hasta que el Tribunal disponga otra cosa.

Esta Resolución entrará en vigor el 18 de febrero de 2025.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                   Javier O. Sepúlveda Rodríguez
                                   Secretario del Tribunal Supremo